Dismissed and Memorandum Opinion filed July 16, 2009








Dismissed
and Memorandum Opinion filed July 16, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00309-CV

____________

 

JOHN ROBERT ARGO,
Appellant

 

V.

 

SELECT PORTFOLIO SERVICING, INC.,
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEES, ET AL, Appellees

 



 

On Appeal from the 55th District
Court

Harris County, Texas

Trial Court Cause No.
2008-37488

 



 

M E M O R
A N D U M  O P I N I O N

This is
an attempted appeal from an order signed March 26, 2009.  The clerk=s record was filed on May 22, 2009.  

On June
24, 2009, appellees filed a motion to dismiss the appeal for want of
jurisdiction.  See Tex. R. App.
P. 42.3(a).  Appellant filed no response.








The
order on appeal granted the home equity foreclosure application filed by
appellees pursuant to Texas Rule of Civil Procedure 736.  Rule 736(8)(A)
provides the granting or denial of an application under Rule 736 Ais not an appealable order.@  Tex. R. Civ. P. 736 (8)(A). 
Consequently, we lack jurisdiction over this appeal.  See Grant-Brooks v.
FV-1, Inc. 176 S.W.3d 933 (Tex. App. B Dallas 2005, pet. denied).

Appellees= motion is granted and the appeal is
ordered dismissed.

 

PER
CURIAM

 

 

Panel consists of Justices Seymore, Brown, and
Sullivan.